# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Heritage Home Group LLC  
    Debtor  

Bankruptcy Case No.: 18–11736–BLS

Bankruptcy Chapter: 7

---

Alfred T. Giuliano

    Plaintiff

    vs.

Classic Design Services, Inc.

    Defendant(s)

Adv. Proc. No.: 20–50684–BLS

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Classic Design Services, Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 10/6/20

By: Lesa Neal, Deputy Clerk

(VAN–431)