# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Heritage Home Group LLC
    Debtor

Bankruptcy Case No.: 18–11736–BLS

Bankruptcy Chapter: 7

_____

Alfred T. Giuliano

    Plaintiff

    vs.

Classic Design Services, Inc.

    Defendant(s)

Adv. Proc. No.:  20–50684–BLS

**JUDGMENT BY DEFAULT**

On 10/6/20, default was entered against defendant(s) Classic Design Services, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Classic Design Services, Inc. in the amount of $142,272.18 plus court filing costs in the amount of $350.00 .

Date: 10/29/20

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433b)